**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 23-1389**

_____

JEREMY JONES,

          Plaintiff - Appellant,

     v.

SOUTH ATLANTIC GALVANIZING; RUSTY WILLIAMS; BRIAN SOLOIS,

          Defendants - Appellees.

_____

Appeal from the United States District Court for the District of South Carolina, at Greenville.  Timothy M. Cain, District Judge.  (6:22-cv-01152-TMC)

_____

Submitted:  July 25, 2023                       Decided:  July 28, 2023

_____

Before WYNN and HEYTENS, Circuit Judges, and FLOYD, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Jeremy Jones, Appellant Pro Se. Jennifer Lee Sease Cluverius, Ashley Robertson Parr, MAYNARD NEXSEN, Greenville, South Carolina, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jeremy Jones appeals the district court's order accepting the magistrate judge's recommendation and dismissing his civil complaint. We have reviewed the record and discern no reversible error. Accordingly, we affirm the district court's order.[*] *Jones v. S. Atl. Galvanizing*, No. 6:22-cv-01152-TMC (D.S.C., Feb. 1, 2023). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

---

[*] We decline to consider Jones' workers' compensation retaliation claim, which he raises for the first time on appeal. *See In re Under Seal*, 749 F.3d 276, 285 (4th Cir. 2014).